# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: __118254__

__Jimmie Lee Garrett__
(Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

__Alabama Dept of Corrections__
__Facilty Bibb County Correctional__
__Healthcare unit__

(Enter above full name(s) of the defendant(s)
in this action)

FILED
2016 JAN 21 A 10:51
NOTICE TO FILING PARTY
U.S. DISTRICT COURT
N.D. OF ALABAMA
It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

CV-16-BE-0105-W

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )     No ( ✓ )

   B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff(s):  __N/A__

         Defendant(s): __N/A__

2. Court (if Federal Court, name the district; if State Court, name the county) __N/A__

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. Place of present confinement __Bibb County Correctional Facility__

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ✓ )   No ( )

C. If your answer is YES:

1. What steps did you take? __When incident first occurred I notified the proper offical that was on duty__

2. What was the result? __No action was taken I was totally ignored__

D. If your answer is NO, explain why not? __N/A__

2

I. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Jimmie Lee Garrett

Address 565 Bibb LANE, Brent Al. 35034

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Dept of Corrections Health Care Unit

is employed as Bibb County Correction Facility

at _____

C. Additional Defendants _____

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Myself and other inmates which is named on a seperate sheet of paper have been refused the correct medicine at the proper time.

3

**RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for the Courts ~~and myse~~ to please enforce and make sure that I and other inmates recieve proper meds and health care within the Dept. of Corrections

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  JIMMIE LEE GARRETT  .

*Jimmie Lee Garrett*

Signature(s)

## ★★★ IMPORTANT NOTICE ★★★

Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.

Plaintiffs

Jimmie L. Garrett 118254
Jhonny Lewis 279785
Carlos Perdue 220937
Albert Carmichael 157369
Daniel Overdear 196719
David Burks 215605
James Browning 306635
Darrius Mack 152355
Stanley Webster 170428
Marcus Briggs 172947
Henry Robinson 271771
Darren Keeton 254864
Robert Pike 166401
Gregory Caldwell 193455
Christopher Poe 226903
Lum Gill 297474
Shannon Wilson 298516
Richard Businelle 177891
Thaddeus Flowers 268721
Terry Perkins 251357
Antavious Jackson 266348
Patrick Riggins 149859
Charles Kinchlow 231225
Virgil Crawford 167397
Bradley Patterson 293882
Jhamal Crawford 301144

Plaintiffs
Bobbie Dickerson 143149
Kenneth Watton 284261
Jeffery Hilson 256523
Roderick Williams 170559
James Campbell 171250
Crutcher Morris 288473
Miles Richard 202981
Freeman Willie 268700
Cooley Ronald 297528
Allen Douglas 233865
Freeman Willie 268700
Stacey Donald 117984
Watson Charles 292839

JIMMIE LEE GARRETT  1-19-16
Defendant Pro/SE         DATE

Sworn to and subscribed before me this
19th day of January 2016

Terry Wilson
Notary Public

My commission expires  8-9-2017